¶ PROB 12B ¹⁸
ED/AR (8/2002)

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 27 2010

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK



**RECEIVED**
CHAMBERS OF
JAMES M. MOODY

JAN 26 2010

**U.S. DISTRICT JUDGE**



**United States District Court**

for the

**Eastern District of Arkansas**

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Thomas Patrick Funderburk       Case Number: 4:06CR00166-01 JMM

Name of Sentencing Judicial Officer:   Honorable James M. Moody
United States District Judge

Offense:             Felon in possession of a firearm

Date of Sentence:    April 3, 2008

Sentence:            15 months Bureau of Prison, 3 years supervised release, DNA collection,
mandatory testing, substance abuse treatment, abstain from the use of alcohol
during treatment, and $100 special assessment

Type of Supervision:   Supervised release      Date Supervision Commenced: February 8, 2009
Expiration Date: February 7, 2012

Asst. U.S. Attorney: Angela Jegely       Defense Attorney: Lisa Peters

U.S. Probation Officer: Kenny Davis
Phone No.: 870-534-4843

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

Mr. Funderburk will reside and participate in a residential re-entry center at the City of Faith in
Little Rock, Arkansas, for a period of four months during which time he will seek and maintain
employment.

### CAUSE

On September 18, 2009, an intervention staffing was conducted with Mr. Funderburk which
included Supervising United States Probation Officer Joe Klingbeil, Assistant Federal Public
Defender Lisa Peters, and United States Probation Officer Kenny Davis. Mr. Funderburk had
stalled and failed to provide urine specimens on the following dates: March 11, April 10, and
August 11, 2009. He also failed to report for drug testing on June 5, July 13, and August 20,
2009. These violations were reported to the Court in a violation notification letter dated
October 6, 2009. Mr. Funderburk was advised of the drug testing policy and his responsibility to
meet those obligations. In addition, Officer Klingbeil advised the defendant that further
violations for drug testing policy may result in the probation office requesting a hearing for
possible revocation of his conditions of supervised release. Moreover, Ms. Peters stated she has

Prob 12B                               -2-                          Request for Modifying the
                                                                  Conditions or Terms of Supervision
                                                                      with Consent of the Offender

Name of Offender: Thomas Patrick Funderburk         Case Number: 4:06CR00166-01 JMM

spoken with the client and he has a clear understanding of his responsibility as it relates to drug
testing. Mr. Funderburk was in agreement with the drug testing requirements and he was
instructed that he would remain in phase two of the drug testing policy with two urine
collections per month until further notice.

Mr. Funderburk also advised Officer Klingbeil and Davis that he was no longer working with his
former employer located in Little Rock, Arkansas, as of August 2009. He reported new
employment with a local liquor store in Pine Bluff, Arkansas, as of September 2009. However,
the probation office determined Mr. Funderburk was never employed at a liquor store, but he is
currently working when needed (part-time) at a local florist in Pine Bluff, Arkansas, as of
November 2009. Furthermore, on December 1, 2009, the defendant stalled and failed to provide
an urine specimen during a home visit. He also failed to report for drug testing on December 2
and 8, 2009.

Mr. Funderburk signed a PROB 49 waiver of hearing to modify his conditions of supervised
release. Assistant Federal Public Defender Lisa Peters was notified and both have agreed to this
modification of supervised release to address Mr. Funderburk's noncompliance as stated above.


Kenny Davis                                          Angela Jegely
U.S. Probation Officer                               Assistant U.S. Attorney

Date: December 22, 2009                              Date: 1-26-10


This form is to be filed with Criminal Docketing as a motion.


THE COURT ORDERS:

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[ ]    Other

                                          Signature of Judicial Officer

                                          1/27/10
                                          Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Prob 12B                               -3-                    Request for Modifying the
                                                        Conditions or Terms of Supervision
                                                            with Consent of the Offender

Name of Offender: Thomas Patrick Funderburk            Case Number: 4:06CR00166-01 JMM

Approved:

Supervising U.S. Probation Officer

KND/vlb

c:  Assistant Federal Public Defender, Lisa Peters, 1401 West Capitol Avenue, Suite 490, Little Rock,
    AR 72201
    Assistant U.S. Attorney, Angela Jegely, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Supervised Release

# UNITED STATES DISTRICT COURT
## for the
# EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

Mr. Funderburk will reside and participate in a residential re-entry center at the City of Faith in Little Rock, Arkansas, for a period of four months during which time he will seek and maintain employment.

Witness: _____     Signed: _____
U.S. Probation Officer                          Probationer or Supervised Releasee

_____
12 - 30 - 09
DATE